# Third District Court of Appeal

## State of Florida

Opinion filed November 10, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0925
Lower Tribunal No. F72-5943
_____

**Ronnie Bruce,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Teresa Mary Pooler, Judge.

Ronnie Bruce, in proper person.

Ashley Moody, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.

Before FERNANDEZ, C.J., and LINDSEY, and BOKOR, JJ.

PER CURIAM.

Ronnie Bruce appeals the trial court's denial of his Application for Review of Sentences for Juvenile Offenders, pursuant to § 921.1402, Florida Statutes (2021), and Florida Rule of Criminal Procedure 3.802. The trial court entered an order stating that Appellant was a juvenile when he committed the subject offenses in 1972 and was sentenced to life in prison with the possibility of parole. The trial court's order then noted that Appellant did in fact obtain release on parole numerous times and committed new offenses or violations, causing parole to be revoked each time. Accordingly, the trial court concluded that Appellant received a meaningful opportunity to obtain release as required under the case law. We agree. See Jay v. State, 252 So. 3d 326 (Fla. 3d DCA 2018); Bruce v. State, 250 So. 3d 182 (Fla. 3d DCA 2018).

Affirmed.